**Opinion filed August 6, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00129-CV

_____

## IN RE PHILLIP JASON TONG

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 15-05-17045**

## MEMORANDUM OPINION

The State of Texas filed a notice of appeal from an order in which the trial court granted Phillip Jason Tong's petition for writ of mandamus. The State has now filed in this court a motion for dismissal. In the motion, the State "verifies that all outstanding issues" in this cause "have been resolved." The State requests that this appeal be dismissed because the matters at issue in the appeal have become moot. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

August 6, 2015                                           PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.